1  Ron C. Finley, Esq. (Cal. Bar. No. 200549)
   Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
2  Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
   Beck, Ross, Bismonte & Finley, LLP
3  50 West San Fernando Street, Suite 1300
   San Jose, CA 95113
4  Tel: (408) 938-7900
   Fax: (408) 938-0790
5  Email:  rfinley@beckross.com
           abismonte@beckross.com
6          chansen@beckross.com

7  Mark E. Zeller, Esq. (Cal. Bar. No. 219427)
   Law Offices of Mark Edward Zeller
8  2255 Contra Costa Blvd., Suite 304
   Pleasant Hill, CA 94523
9  Tel: (925) 363-5848
   Fax: (925) 363-7454
10 Email: mzeller@mezlaw.com

11 Attorneys for Plaintiffs Richard A. Noble and Charlene R. Noble

12                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
13

14 RICHARD A. NOBLE, and CHARLENE R.        Case No.  C08-00666-SI
   NOBLE,
15                                          **PLAINTIFFS NOTICE  OF MOTION TO
                  Plaintiffs,               SHORTEN TIME TO HEAR MOTION FOR
16        vs.                               EXPEDITED DEPOSITION OF RICHARD
                                            NOBLE**
17 KIEWIT PACIFIC CO., a Delaware
   corporation; LIFE INSURANCE
18 COMPANY OF NORTH AMERICA, a
   Pennsylvania corporation; PETER KIEWIT   Hon. Susan Illston
19 SONS', INC. HEALTH AND WELFARE
   PLAN; PETER KIEWIT SONS', INC., a
20 Delaware corporation; JOHN JANSEN, an
   individual; MICHAEL PHELPS, an
21 individual; and JANE SEWELL, an
   individual
22
23
                  Defendants.
24

25

26

27

28

BECK, ROSS, BISMONTE & FINLEY, LLP
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

1    To all parties and their counsel of record:

2    Please take notice that, pursuant to Civil Local Rules 6-1 and 6-3, plaintiffs Richard Noble and

3    Charlene Noble hereby move the court for an order shortening the time in which to here their Motion

4    for an Expedited Deposition of Richard Noble who is dying from cancer.

5    This motion is based on the accompanying memorandum of points and authorities, the

6    supporting declarations of Dr. Lesley Martin and Craig Alan Hansen, the court file, and any other

7    matters to which the court may take notice.

8

9

10   Dated: February 8, 2008                By:   /s/ Craig Alan Hansen
                                                  Ron C. Finley
11                                                Alfredo A. Bismonte
                                                  Craig Alan Hansen
12                                                Beck, Ross, Bismonte & Finley, LLP
                                                  Fairmont Plaza
13                                                50 West San Fernando Street, Suite 1300
                                                  San Jose, CA 95113
14                                                Phone: (408) 938-7900
                                                  Fax: (408) 938-0790
15
                                                  Mark E. Zeller, Esq.
16                                                Law Offices of Mark Edward Zeller
                                                  2255 Contra Costa Blvd., Suite 304
17                                                Pleasant Hill, CA 94523
                                                  Tel: (925) 363-5848
18                                                Fax: (925) 363-7454

19                                                Attorneys for Plaintiffs
20                                                Richard A. Noble and Charlene R. Noble

21

22

23

24

25

26

27

28

Beck, Ross, Bismonte & Finley, LLP
50 W. San Fernando St., 1300
San Jose, California 95113
Telephone (408) 938-7900