Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com

Mark E. Zeller, Esq. (Cal. Bar. No. 219427)
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454
Email: mzeller@mezlaw.com

Attorneys for Plaintiffs Richard A. Noble and Charlene R. Noble

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE, and CHARLENE R. NOBLE,<br><br>    Plaintiffs,<br> vs.<br><br>KIEWIT PACIFIC CO., a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN; PETER KIEWIT SONS', INC., a Delaware corporation; JOHN JANSEN, an individual; MICHAEL PHELPS, an individual; and JANE SEWELL, an individual<br><br>    Defendants. | Case No. C08-00666-SI<br><br>**PLAINTIFFS NOTICE OF MOTION FOR EXPEDITED DEPOSITION OF RICHARD NOBLE**<br><br>DATE: TBD<br>TIME: TBD<br>PLACE: Courtroom 10, 19th Floor<br><br>Hon. Susan Illston |

Notice of Motion for Expedited Deposition of Richard Noble

To all parties and their counsel of record:

Please take notice that, on a date and time to be determined by the court, plaintiffs Richard Noble and Charlene Noble will move the court for an order permitting the Deposition of Richard Noble to be taken on an expedited basis. Specifically, plaintiffs will ask the court to set a deposition of Mr. Noble consisting of two half-days on either February 14 and 15, February 20 and 21, or February 21 and 22

This motion is brought pursuant to FRCP 26(d) on the basis that an expedited deposition is necessary in light of Mr. Noble's deteriorating medical condition.

This motion is based on the accompanying memorandum of points and authorities, the supporting declarations of Dr. Lesley Martin and Craig Alan Hansen, the court file, and any other matters to which the court may take judicial notice.

Dated: February 8, 2008

By:  /s/  Craig Alan Hansen
Ron C. Finley
Alfredo A. Bismonte
Craig Alan Hansen
Beck, Ross, Bismonte & Finley, LLP
Fairmont Plaza
50 West San Fernando Street, Suite 1300
San Jose, CA  95113
Phone:  (408) 938-7900
Fax:  (408) 938-0790

Mark E. Zeller, Esq.
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454

Attorneys for Plaintiffs
Richard A. Noble and Charlene R. Noble

Notice of Motion for Expedited Deposition of Richard Noble    1