Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com

Mark E. Zeller, Esq. (Cal. Bar. No. 219427)
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454
Email: mzeller@mezlaw.com

Attorneys for Plaintiffs Richard A. Noble and Charlene R. Noble

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE, and CHARLENE R. NOBLE,<br><br>Plaintiffs,<br>vs.<br><br>KIEWIT PACIFIC CO., a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN; PETER KIEWIT SONS', INC., a Delaware corporation; JOHN JANSEN, an individual; MICHAEL PHELPS, an individual; and JANE SEWELL, an individual<br><br>Defendants. | **CASE NO. C08-00-666-BZ**<br><br>**DECLARATION OF LESLEY MARTIN, MD** |

I, Lesley Martin, declare:

1. I have personal knowledge of the matters stated in this declaration and, if called as a witness, would competently testify to them.

Declaration of Lesley Martin, MD                    1

2. I am a licensed physician specializing in oncology at John Muir Medical Center, Concord Campus. I obtained my medical degree from the University of California San Francisco School of Medicine in 2000 and received my medical license with the Medical Board of California on December 19, 2001.

3. Richard Noble is my patient. Mr. Noble was originally admitted to the John Muir cancer center in 2000. I have been treating Mr. Noble since November 2007.

4. Mr. Noble suffers from an advanced terminal form of cancer known as metastatic carcinoid which has spread throughout his body. In December 2007, he was admitted to the John Muir hospital as a result of his condition. He was treated for abdominal pain, progressive shortness of breath, and there was difficulty with confusion. That said, Mr. Noble's condition stabilized and he was ultimately released under Hospice care.

5. While it is difficult to predict with accuracy how long Mr. Noble will survive, his condition is terminal and deteriorating. As Mr. Noble's condition deteriorates, he will experience more pain which will require increased levels of pain medications. And while those medications may ease his pain, they will impair his level of coherence.

6. I have been informed that Mr. Noble is a party to a lawsuit and is expected to be subjected to a legal proceeding known as a deposition at which Mr. Noble will need to respond to questions about various subject matters. In my professional opinion, if such a proceeding is to take place, it should happen as soon as possible. Accordingly, if Mr. Noble is expected to remain lucid for his deposition, I would strongly recommend that such a deposition take place in the next one to two weeks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on February 4, 2008 in Concord, California

Lesley Martin, MD