Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email:  rfinley@beckross.com
        abismonte@beckross.com
        chansen@beckross.com

Mark E. Zeller, Esq. (Cal. Bar. No. 219427)
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454
Email: mzeller@mezlaw.com

Attorneys for Plaintiffs Richard A. Noble and Charlene R. Noble

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE, and CHARLENE R. NOBLE,<br><br>          Plaintiffs,<br>    vs.<br><br>KIEWIT PACIFIC CO., a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN; PETER KIEWIT SONS', INC., a Delaware corporation; JOHN JANSEN, an individual; MICHAEL PHELPS, an individual; and JANE SEWELL, an individual<br><br>          Defendants. | Case No.  C08-00666-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME TO HEAR MOTION FOR EXPEDITED DEPOSITION OF RICHARD NOBLE**<br><br>Hon. Susan Illston |

Beck, Ross, Bismonte & Finley, LLP
50 W. San Fernando St., 1300
San Jose, California 95113
Telephone (408) 938-7900

[Proposed] Order Granting  Motion to Shorten
to Hear Motion for for Expedited Deposition of Richard Noble

1    Plaintiffs Richard Noble and Charlene Noble have moved, pursuant to Civil Local Rules 6-1

2  and 6-3, for an order shortening the time in which to hear their Motion for an Expedited Deposition of

3  Richard Noble.

4    Having considered the parties' papers filed in connection with plaintiffs' motion, and good

5  cause appearing therefore, plaintiffs' motion is GRANTED.

6    Plaintiffs' Motion for an Expedited Deposition of Richard Noble is set for hearing on

7  February __, 2008.

8    Any papers submitted in opposition to plaintiffs' motion shall be filed and served on all

9  parties no later than February __, 2008.

10    Plaintiffs shall present any reply arguments orally at the hearing in this matter.

11    If, after considering the moving and opposition papers, the court is prepared to rule on this

12  matter without oral argument, the court shall vacate the hearing date and will issue its ruling on the

13  papers.

14    It is so ordered.

15

16

17  Dated: February __, 2008

    By: _____
         U.S. District Court Judge

18

19

20

21

22

23

24

25

26

27

28

BECK, ROSS, BISMONTE & FINLEY, LLP
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

[Proposed] Order Granting Motion to Shorten Time        1
to Hear Motion for for Expedited Deposition of Richard Noble