Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email:  rfinley@beckross.com
            abismonte@beckross.com
            chansen@beckross.com

Mark E. Zeller, Esq. (Cal. Bar. No. 219427)
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454
Email: mzeller@mezlaw.com

Attorneys for Plaintiffs Richard A. Noble and Charlene R. Noble

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE, and CHARLENE R. NOBLE,<br><br>            Plaintiffs,<br>     vs.<br><br>KIEWIT PACIFIC CO., a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN; PETER KIEWIT SONS', INC., a Delaware corporation; JOHN JANSEN, an individual; MICHAEL PHELPS, an individual; and JANE SEWELL, an individual<br><br>            Defendants. | Case No.  C08-00666-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DEPOSITION OF RICHARD NOBLE**<br><br>DATE:     TBD<br>TIME:     TBD<br>PLACE:   Courtroom 10, 19th Floor<br><br>Hon. Susan Illston |

[Proposed] Order Granting Motion for Expedited
Deposition of Richard Noble

1  Plaintiffs' Motion for an Expedited Deposition of Richard Noble was heard on February __,
2  2008.
3  Having considered the parties' papers and arguments, and good cause appearing therefore,
4  plaintiffs' motion is GRANTED.
5  The deposition of Richard Noble shall be conducted in two half-day sessions at mutually
6  agreeable times, but conducted no later than February 22, 2008.
7  It is so ordered.

10 Dated: February __, 2008         By: _____
11                                      U.S. District Court Judge

BECK, ROSS, BISMONTE & FINLEY, LLP
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

[Proposed] Order Granting Motion                    1
for Expedited Deposition of Richard Noble