Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email:  rfinley@beckross.com
        abismonte@beckross.com
        chansen@beckross.com

Mark E. Zeller, Esq. (Cal. Bar. No. 219427)
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454
Email: mzeller@mezlaw.com

Attorneys for Plaintiffs Richard A. Noble and Charlene R. Noble

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE, and CHARLENE R. NOBLE,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>KIEWIT PACIFIC CO., a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN; PETER KIEWIT SONS', INC., a Delaware corporation; JOHN JANSEN, an individual; MICHAEL PHELPS, an individual; and JANE SEWELL, an individual<br><br>　　　　　　Defendants. | Case No.  C08-00666-SI<br><br>**SUPPLEMENTAL DECLARATION OF CRAIG ALAN HANSEN IN SUPPORT OF:**<br><br>**(1) MOTION TO SHORTEN TIME TO HEAR MOTION FOR EXPEDITED DEPOSITION OF RICHARD NOBLE;**<br><br>**(2) MOTION FOR EXPEDITED DEPOSITION OF RICHARD NOBLE.**<br><br>DATE:　　TBD<br>TIME:　　TBD<br>PLACE:　Courtroom 10, 19th Floor<br><br>Hon. Susan Illston |

Supp. Hansen Decl. re Motion to Shorten time and for
Expedited Deposition of Richard Noble

I, Craig Alan Hansen, declare:

1.     I am an attorney with the law firm of Beck, Ross, Bismonte & Finley, LLP, one of the attorneys of record for plaintiffs Richard Noble and Charlene Noble. I have personal knowledge of the matters stated in this declaration and, if called as a witness, would competently testify to them.

2.     This declaration is submitted to update the court and the parties of recent events that have taken place since plaintiffs' motions were filed on February 8, 2008.

3.     On February 11, 2008, I learned from Charlene Noble that Richard Noble has recently developed a rather high fever over the weekend and has not yet recovered from that fever.

4.     On February 12, 2008, I received a telephone call from Adrienne Publicover of Wilson Elser Moskowitz Edelmann & Dicker LLP, counsel for defendant Life Insurance Company of North America ("LINA"). Publicover confirmed that LINA does not formally oppose plaintiffs' motion for an expedited deposition of Richard Noble. However, she wished to clarify that as of February 8, 2008, she "was not sure" (although she did not necessarily "doubt") whether LINA would participate at his deposition and that she remained unsure whether LINA would participate. But if LINA did chose to participate, someone from Publicover's office could be made available on both February 14 and 22. According to Publicover, no one from her law firm could make themselves available on any other dates proposed by plaintiffs (i.e., February 15, 20, or 21).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on February 12, 2008 in San Jose, California.

          /s/  Craig Alan Hansen  
          Craig Alan Hansen

Supp. Hansen Decl. re Motion to Shorten time and for Expedited Deposition of Richard Noble     1