IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE, | No. C 08-666 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S DEPOSITION** |
| v. | |
| KIEWIT PACIFIC CO., *et al.*, | |
| Defendants. | |

This order resolves the parties' dispute regarding plaintiff's deposition.[1] The deposition shall commence at 10:00 a.m. on February 21 and 22, 2008, and shall occur at plaintiff's residence. Defendant shall examine plaintiff first.

**IT IS SO ORDERED.**

Dated: February 15, 2008

SUSAN ILLSTON
United States District Judge

---

[1] The parties' letter briefs are found at Docket Nos. 19 and 20.