IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE,<br><br>    Plaintiff,<br><br>  v.<br><br>KIEWIT PACIFIC CO., *et al.*,<br><br>    Defendants.<br>——————————————————/ | No. C 08-666 SI<br><br>**ORDER RE: PLAINTIFF'S DEPOSITION** |

This order resolves the parties' dispute regarding plaintiff's deposition.[1] The deposition shall commence at 10:00 a.m. on February 21 and 22, 2008, and shall occur at plaintiff's residence. Defendant shall examine plaintiff first.

**IT IS SO ORDERED.**

Dated: February 15, 2008

SUSAN ILLSTON
United States District Judge

---

[1] The parties' letter briefs are found at Docket Nos. 19 and 20.