Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email:  rfinley@beckross.com
        abismonte@beckross.com
        chansen@beckross.com

Mark E. Zeller, Esq. (Cal. Bar. No. 219427)
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454
Email: mzeller@mezlaw.com

Attorneys for Plaintiffs Richard A. Noble and Charlene R. Noble

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. NOBLE, and CHARLENE R. NOBLE,<br><br>              Plaintiffs,<br>     vs.<br><br>KIEWIT PACIFIC CO., a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN; PETER KIEWIT SONS', INC., a Delaware corporation; JOHN JANSEN, an individual; MICHAEL PHELPS, an individual; and JANE SEWELL, an individual<br><br>              Defendants. | Case No.  C08-666-SI<br><br>NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(FRCP 41(a)(1)(A)(i)) |

To the court, all parties, and their counsel of record:

Please take notice that pursuant to a Confidential Settlement Agreement and General Release and Fed. R. Civ. Proc. 41(a)(1)(A)(i), plaintiffs Richard A. Noble and Charlene R. Noble hereby

1 dismiss this entire action with prejudice against all defendants.

Dated: February 27, 2008

By: **/s/  Craig Alan Hansen**
Ron C. Finley
Alfredo A. Bismonte
Craig Alan Hansen
Beck, Ross, Bismonte & Finley, LLP
Fairmont Plaza
50 West San Fernando Street, Suite 1300
San Jose, CA  95113
Phone:  (408) 938-7900
Fax:  (408) 938-0790

Mark E. Zeller, Esq.
Law Offices of Mark Edward Zeller
2255 Contra Costa Blvd., Suite 304
Pleasant Hill, CA 94523
Tel: (925) 363-5848
Fax: (925) 363-7454

Attorneys for Plaintiffs
Richard A. Noble and Charlene R. Noble